EDWARDS WILDMAN PALMER LLP
Rory J. McEvoy
Attorneys for Defendant
750 Lexington Avenue
New York, New York 10022
212.308.4411
rmcevoy@edwardswildman.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LISA FELIX-WILLIAMS,

         Plaintiff,

-against-

LONG ISLAND COLLEGE HOSPITAL,

         Defendant.

13 Civ. 2772 (JBW) (RER)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Rory J. McEvoy, Esq., hereby enters his appearance in this action as an attorney for Defendant.

Date:  New York, New York
        September 20, 2013

                                      EDWARDS WILDMAN PALMER LLP

                                      By: /s/ Rory J. McEvoy
                                           Rory J. McEvoy
                                           Attorneys for Defendant
                                           750 Lexington Avenue
                                           New York, New York 10022
                                           212.308.4411
                                           rmcevoy@edwardswildman.com