

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Rory J. McEvoy
Partner
+1 212 912 2787
*fax* +1 212 308 4844
rmcevoy@edwardswildman.com

September 24, 2013

**VIA ECF**

Hon. Ramon E. Reyes, Jr.
Unites States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Felix-Williams v. Long Island College Hospital
      Docket No. 13-cv-2772

Dear Judge Reyes:

On behalf of our client, Long Island College Hospital ("LICH"), I write to inform the Court that my firm represents LICH in this action and to request that all future correspondence be directed to my attention. LICH is a former member of Continuum Health Partners, Inc. that was acquired by the State University of New York Downstate Medical Center ("SUNY Downstate") on May 29, 2011. Because the allegations in the Complaint predate the acquisition by SUNY Downstate, LICH retained my firm to defend it. Accordingly, there is no need for StaffCo of Brooklyn, LLC to be involved in the litigation. LICH was served with the Summons and Complaint on September 17, 2013, and will file an Answer in due course.

Respectfully submitted,

Rory J. McEvoy

cc:   Lisa Felix-Williams
      *Pro Se* Plaintiff
      37 Centre Mall
      Kings, New York 11231

      Brian Clark, Esq.
      Venable LLP
      1270 Avenue of the Americas, 25th Floor
      New York, New York 10020

BOSTON • CHICAGO • HARTFORD • HONG KONG • ISTANBUL • LONDON • LOS ANGELES • MIAMI • MORRISTOWN
NEW YORK • ORANGE COUNTY • PROVIDENCE • STAMFORD • TOKYO • WASHINGTON DC • WEST PALM BEACH