**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X           **CASE MANAGEMENT PLAN**
**Lisa Felix-Williams,**                                                         **13-CV-02772 (JBW)(RER)**
           Plaintiff,


           -against-


**Long Island College Hospital**
           Defendant.
---------------------------------------------------------X

      Upon consent of the parties, it is hereby ORDERED as follows:
1.     Defendants shall answer or otherwise move with respect to the complaint by _____.

2.     No additional parties may be joined after _____.

3.     No amendment of the pleadings will be permitted after _____.

4.     Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: _____.

      5.     The parties shall make required Rule 26(a)(2) disclosures with respect to:

          (a)     expert witnesses on or before _____.

          (b)     rebuttal expert witnesses on or before _____.

6.     All discovery, including depositions of experts, shall be completed on or before _____ (Generally, this date must be no later than 6 months after the initial conference).

      7.     Pre-motion letters regarding proposed dispositive motions must be submitted within two (2) weeks following the close of all discovery.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? (**Answer no if any party declines to consent without indicating which party has declined**.)
Yes____   No_____

If parties answer yes, then fill out the **AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9. A Telephone Conference set for _____, to be initiated by Plaintiff or Defendant (Circle one).
   * (**The Court will schedule the conference listed above**.)

10. Status Conference will be held on _____.
    * (**The Court will schedule the conference listed above**)

11. A Final Pre-trial conference will be held on _____.
    *(**The Court will schedule the conference listed above.**)

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

**Dated: Brooklyn, New York**
  **_____, 2013**

_____
**RAMON E. REYES, JR.
  UNITED   STATES   MAGISTRATE JUDGE**

CONSENTED TO:

_____
NAME
Attorney for Plaintiff
ADDRESS
E-mail:
Tel.:
Fax:


_____
NAME
Attorney for Defendant
ADDRESS
E-mail:
Tel.:
Fax: