EDWARDS WILDMAN PALMER LLP
Rory J. McEvoy
Attorneys for Defendant
750 Lexington Avenue
New York, New York 10022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LISA FELIX-WILLIAMS,

        Plaintiff,

-against-

LONG ISLAND COLLEGE HOSPITAL,

        Defendant.

13 Civ. 2772 (JBW) (RER)

**RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Long Island College Hospital ("LICH"), certifies that LICH a private (non-governmental) party, has no publicly held corporate parents, subsidiaries, or affiliates.

Date:   October 8, 2013
         New York, New York

EDWARDS WILDMAN PALMER LLP

By: _____
     Rory J. McEvoy
Attorneys for Defendant
750 Lexington Avenue
New York, New York 10022
212.308.4411
rmcevoy@edwardswildman.com