

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Rory J. McEvoy
Partner
+1 212 912 2787
fax +1 212 308 4844
rmcevoy@edwardswildman.com

October 24, 2013

**VIA ECF**

Hon. Ramon E. Reyes, Jr.
Unites States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Felix-Williams v. Long Island College Hospital
               Docket No. 13-cv-2772

Dear Judge Reyes:

      On behalf of our client, Long Island College Hospital ("LICH"), I write to provide the Court with a proposed case management plan. My colleague Katherine Watson met and conferred with the Plaintiff on October 11th and October 16th. The parties have agreed on the enclosed discovery schedule. Per our conversation with the Court this morning, we have electronically signed the enclosed order on Ms. Felix-Williams' behalf with her consent and included a photograph of her signature on the order. The dates outlined in the proposed case management plan reflect our efforts to allow Ms. Felix-Williams ample time to consult the *pro se* office for assistance during the discovery process because she indicated to us that she has no prior litigation experience.

Respectfully submitted,

Rory J. McEvoy

Enclosure

cc:    Ms. Lisa Felix-Williams (via email and regular mail)
       *Pro Se* Plaintiff
       37 Centre Mall, #6B
       Brooklyn, New York 11231

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Lisa Felix-Williams,
        Plaintiff,

        -against-

Long Island College Hospital
        Defendant.
------------------------------------------------------------X

**CASE MANAGEMENT PLAN**
13-CV-02772 (JBW)(RER)

Upon consent of the parties, it is hereby ORDERED as follows:
1. Defendants shall answer or otherwise move with respect to the complaint by __10/8/13__.

2. No additional parties may be joined after __11/22/13__.

3. No amendment of the pleadings will be permitted after __11/22/13__.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __10/31/13__.

    5. The parties shall make required Rule 26(a)(2) disclosures with respect to:

        (a) expert witnesses on or before __1/8/14__.

        (b) rebuttal expert witnesses on or before __1/15/14__.

6. All discovery, including depositions of experts, shall be completed on or before __2/7/14__ (Generally, this date must be no later than 6 months after the initial conference).

    7. Pre-motion letters regarding proposed dispositive motions must be submitted within two (2) weeks following the close of all discovery.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? **(Answer no if any party declines to consent without indicating which party has declined.)**
Yes____ No __X__

If parties answer yes, then fill out the **AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9. A Telephone Conference set for _____, to be initiated by Plaintiff or Defendant (Circle one).
   * (The Court will schedule the conference listed above.)

10. Status Conference will be held on _____.
    * (The Court will schedule the conference listed above)

11. A Final Pre-trial conference will be held on _____.
    *(The Court will schedule the conference listed above.)

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: Brooklyn, New York
_____, 2013

**JUDGE**

RAMON E. REYES, JR.
UNITED STATES MAGISTRATE

CONSENTED TO:

/s/ Lisa Felix-Williams (see attached)

NAME Lisa Felix-Williams
~~Attorney for Plaintiff~~ Pro Se
ADDRESS 37 Centre Mall, #6B
E-mail:             Brooklyn, New York 11231
Tel.:
Fax:

NAME Rory J. McEvoy
Attorney for Defendant
ADDRESS 750 Lexington Avenue
E-mail:         New York, NY 10022
Tel.:   T: 212-308-4411
Fax:    F: 212-308-4849

9. A Telephone Conference set for _____, to be initiated by Plaintiff or Defendant (Circle one).
   * (The Court will schedule the conference listed above.)

10. Status Conference will be held on _____.
    * (The Court will schedule the conference listed above)

11. A Final Pre-trial conference will be held on _____.
    *(The Court will schedule the conference listed above.)

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: Brooklyn, New York
       _____, 2013

_____
RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

_____
NAME Lisa Felix-Williams
Attorney for Plaintiff Pro Se
ADDRESS 37 Centre Mall, #16B
         Brooklyn, New York 11231
E-mail:
Tel.:
Fax:

_____
NAME Rory J. McEvoy
Attorney for Defendant
ADDRESS 750 Lexington Avenue
         New York, NY 10022
E-mail:
Tel.: T: 212-308-4411
Fax: F: 212-308-4849