EDWARDS WILDMAN PALMER LLP
Rory J. McEvoy
Katherine D. Watson
Attorneys for Defendant
750 Lexington Avenue
New York, New York 10022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LISA FELIX-WILLIAMS,

       Plaintiff,

-against-

LONG ISLAND COLLEGE HOSPITAL,

       Defendant.

13 Civ. 2772 (JBW) (RER)

**NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that Katherine D. Watson, Esq., hereby enters her appearance in this action as an additional attorney for Defendant.

Date:  October 28, 2013
       New York, New York

EDWARDS WILDMAN PALMER LLP

By:  /s/ Katherine D. Watson
      Katherine D. Watson
      Rory J. McEvoy
Attorneys for Defendant
750 Lexington Avenue
New York, New York 10022
212.308.4411
rmcevoy@edwardswildman.com
kwatson@edwardswildman.com

To:  Lisa Felix-Williams
     *Pro Se* Plaintiff
     37 Centre Mall, #6B
     Brooklyn, New York 11231