

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Katherine D. Watson
Associate
+1 212 912 2937
fax +1 212 308 4844
kwatson@edwardswildman.com

March 17, 2014

**VIA ECF**

Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Felix-Williams v. Long Island College Hospital
              Docket No. 13-cv-2772

Dear Judge Reyes:

    On behalf of our client, Long Island College Hospital ("LICH"), I write to request that the Court schedule a settlement conference. At this point, we have received Plaintiff's responses to our first set of discovery demands, but have yet to schedule any depositions. I had a telephone conversation with Plaintiff on March 14th, during which we both agreed that a settlement conference may be beneficial at this juncture before the parties expend further resources in discovery.

Respectfully submitted,

*Katherine D. Watson*
Katherine D. Watson

cc:    Ms. Lisa Felix-Williams (via email and regular mail)
       *Pro Se* Plaintiff
       37 Centre Mall, #6B
       Brooklyn, New York 11231