# U.S. District Court

## Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 4/3/2014 at 4:04 PM EDT and filed on 4/3/2014

**Case Name:**      Felix-Williams v. Long Island College Hospital
**Case Number:**    1:13-cv-02772-JBW-RER
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Magistrate Judge Ramon E. Reyes, Jr.:Settlement Conference held on 4/3/2014. Plaintiff Lisa Felix-Williams appearing pro se. Rory McEvoy, Esq. and Katherine Dianne Watson, Esq. for Defendant. Case settled on record. Case dismissed with prejudice, subject to reopen within 30 days if settlement is not consummated. (Court Reporter Courtroom 2E North Tape #: 1:00:06-1:06:25.) (Stevens, Alexis)**

*close the case*
*so ordered*
*JBWeint*
*4/4/14*

